# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **BOBBY EARL THOMAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 7:11-CV-3408-VEH-PWG |
| | ) |
| **JOHN MCGEE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 22, 2011, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. No objections were filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to

---

[1] The Clerk of Court mailed a copy of the November 22, 2011, report and recommendation to the plaintiff at the Pickens County Jail. On December 5, 2011, the mailing was returned with the notation "Return to Sender No Longer At This Address." (Doc. 7.) The plaintiff has failed to notify the Court of a change to his address.

28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.

A Final Judgment will be entered.

**DONE** this the 15th day of December, 2011.

                                                     **VIRGINIA EMERSON HOPKINS**
                                                   United States District Judge